E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JOSEPH LANGKAMER, PA BAR 208286
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (206) 615-2212
    E-mail: joseph.langkamer@ssa.gov

JS-6

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| WHITNEY RENEE RUFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:24-cv-03376-RAO<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

1       IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on __August 20_____, 2024.

DATED: 08/20/2024        _Rozella A. Oliver_____
                                    HONORABLE ROZELLA A. OLIVER
                                    UNITED STATES MAGISTRATE JUDGE